UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

A.B., an Individual.,

Plaintiff,

v.

EXTENDED STAY AMERICA, INC.;
ESA P PORTFOLIO OPERATING
LESSEE, L.L.C. d/b/a EXTENDED STAY
AMERICA - PORTLAND –
VANCOUVER; and SAMMY
CORPORATION f/k/a SAMJOO
PROPERTIES LLC d/b/a RODEWAY
INN,

Defendants.

Case No: 3:22-cv-5939

**PLAINTIFF'S MOTION TO
DISMISS DEFENDANT SAMMY
CORPORATION f/k/a SAMJOO
PROPERTIES LLC d/b/a
RODEWAY INN**

**NOTE ON MOTION CALENDAR:
MARCH 15, 2023**

Per Federal Rule of Civil Procedure 21, Plaintiff A.B. hereby moves to dismiss Defendant

SAMMY CORPORATION f/k/a SAMJOO PROPERTIES LLC d/b/a RODEWAY INN from this

matter without prejudice. Plaintiff preserves her right to reinstate this matter as set forth below.

Defendant Sammy Corporation has supplied information suggesting that this Defendant

did not have responsibility for the management of the Rodeway Inn, located at 9201 NE Vancouver

Mall Drive, Vancouver, Washington 98662, at the time that Plaintiff A.B. was trafficked there.

PLAINTIFF'S MOTION TO DISMISS
DEFENDANT SAMMY CORPORATION - 1

This dismissal is without prejudice, with Plaintiff reserving the right to reinstate her claims should additional discovery and investigation reveal the facts are other than have been presented. This dismissal is without prejudice relating back to the original filing date for Plaintiff A.B. to refile against Defendant Sammy Corporation should evidence be revealed to counter Defendant Sammy Corporation's assertions that Defendant did not have responsibility for the management of the Rodeway Inn, located at 9201 NE Vancouver Mall Drive, Vancouver, Washington 98662, at the time that Plaintiff A.B. was trafficked there.

No other claims have been asserted by or against Sammy Corporation. Fed. R. Civ. P. 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Plaintiff hereby moves to dismiss Sammy Corporation without prejudice. A proposed entry is provided for the Court's convenience.

Dated: March 15, 2023

RESPECTFULLY SUBMITTED,

*/s/ Susanna L. Southworth*
Susanna L. Southworth, PhD, JD
WA Bar No. 35687
RESTORE THE CHILD, PLLC
2522 N Proctor St, Ste 85
Tacoma, WA 98406
T: (253) 392-4409
E: susanna@restorethechild.com

*/s/ Kathryn L. Avila*
Kathryn L. Avila
*pro hac vice*
FL Bar No. 1019574
LEVIN, PAPANTONIO, RAFFERTY,
PROCTOR, BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 S. Baylen St. Suite 600
Pensacola, FL 32502
T: 850.436.6246
E: kavila@levinlaw.com

**Attorneys for Plaintiff**

PLAINTIFF'S MOTION TO DISMISS
DEFENDANT SAMMY CORPORATION - 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was uploaded for electronic filing through the Court's Electronic Case Filing System (CM/ECF), and Notice will thus be sent to all registered parties, per Civil Rule 5(b)(2)(E), on this 15th day of March, 2023.

*/s/ Susanna L. Southworth*
Susanna L. Southworth, PhD, JD
WA Bar No. 35687
RESTORE THE CHILD, PLLC
2522 N Proctor St, Ste 85
Tacoma, WA 98406
T: (253) 392-4409
E: susanna@restorethechild.com

PLAINTIFF'S MOTION TO DISMISS
DEFENDANT SAMMY CORPORATION - 3

Restore the Child, PLLC
2522 N Proctor St, Ste 85
Tacoma, Washington 98406
Phone: (253) 392-4409